IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
DEC -3 1997
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,
        Plaintiff,

v.

Criminal No. 3:97CR27-01
Violations: 18 USC 2
21 USC 841(a)(1)

JANET JACKSON,
DONALD SCOTT,
        Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1.

On or about the 10th day of April, 1997, in Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, JANET JACKSON and DONALD SCOTT, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately .35 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 2.

On or about the 24th day of April, 1997, in Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, JANET JACKSON did unlawfully, knowingly, intentionally and without authority distribute approximately .17 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $50.00; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3.

On or about the 25th day of June, 1997, at 3:05 p.m., in Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, JANET JACKSON did unlawfully, knowingly, intentionally and without authority distribute approximately .27 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4.

On or about the 25th day of June, 1997, at 4:42 p.m., in Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, JANET JACKSON did unlawfully, knowingly, intentionally and without authority distribute approximately .23 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Section 841(a)(1).

A true bill,

/S/ Hugh A Williams
Foreperson

/S/ Sam G.
WILLIAM D. WILMOTH
United States Attorney